# CASES

# THE COURT OF CHANCERY

## OF THE STATE OF NEW JERSEY,

### FEBRUARY TERM, 1861.

### Updike *vs.* Bartles and others.

Where a bill has been dismissed or demurrer allowed, and another bill is filed for the same matter, this court will stay proceedings in the second suit till the costs of the former are paid.

Equity in this particular adopts the practice at law.

In a former suit between these parties for the same cause of action the defendants demurred. The demurrer was sustained, and the complainant's bill dismissed. (3 *Stockt.* 133.) The defendants now ask that the proceedings in this suit be stayed until the costs of the former suits are paid, and that after such payment they be allowed time to plead, answer, or demur. The application was sustained by proof of the identity of the cause of action, of the decree for costs in the former suit, and of their taxation, and demand of payment.

*Richey,* for defendants, cited *Sooy* v. *McKean,* 4 *Halst.* 86; *Swing* v. *Inhabitants of Upper Alloways Creek,* 5 *Halst.* 58; *Den* v. *Sinnickson,* 2 *Green* 193.

Pentz *v.* Simonson.

THE CHANCELLOR. When the complainant's bill has been dismissed or a demurrer allowed, and another bill is filed for the same cause, this court will stay proceedings in the second suit until the costs of the first suit are paid. Equity in this particular adopts the practice at law. *Holbrook* v. *Cracroft*, 5 *Vesey* 706, *note b; Pickett* v. *Loggon*, 5 *Vesey* 702; 1 *Newland's Ch. Pr.* 412; 2 *Hoffman's Ch. Pr.* 77.

The rule has its limitations, but this case does not come within their operation. *Sears* v. *Jackson*, 3 *Stockton* 45 ; *Budge* v. *Budge*, 12 *Beavan* 385 ; *Wild* v. *Hobson*, 2 *Vesey & B.* 112 ; *Corbett* v. *Corbett*, 16 *Vesey* 410.

Let an order be made that the proceedings be stayed, and that the defendants have time to plead, answer, or demur till the end of thirty days after the complainant shall have paid the costs of the former suit.